MARC A. PILOTIN
Regional Solicitor
JOSHUA P. FALK
Counsel for Safety and Health
DAVID H. CLARK
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
909 First Avenue, Suite 230
Seattle, WA 98104-2397
Telephone:  206-757-6749
Clark.David.H@dol.gov
*Attorneys for Plaintiff,*
*United States Acting Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KEITH E. SONDERLING,
    Acting Secretary of Labor,
    United States Department of Labor,

                              Plaintiff,

        v.

ALASKA GOLDMINE LLC; SHELDON
MAIER; and JANNE MAIER,

                              Defendants.

Case No. 4:26-cv-00025-ACP

## **DECLARATION OF JARROD TOWNE IN SUPPORT OF INJUNCTION**

I, Jarrod Towne, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am employed by the United States Department of Labor as a Supervisory Mine Inspector for the Anchorage Field Office of the Mine Safety and Health Administration ("MSHA"), an agency of the United States government with its business address at U.S. Courthouse Annex Room A-35 222 West 8th Avenue, Anchorage AK 99513. As a Supervisory Mine Inspector, my duties and responsibilities include investigating surface and underground mines for safety hazards as well as

Case 4:26-cv-00025-ACP     Document 5-1     Filed 04/28/26     Page 1 of 15

supervising other MSHA inspectors. This includes issuing citations for noncompliance and in-person follow ups at mines under the Mine Safety and Health Act of 1977, 30 U.S.C. § 818 (hereinafter "the Mine Act"), as a designated representative of the Acting Secretary of Labor.

2. I am fully familiar with the facts and circumstances of the above-captioned case. I submit this Declaration in support of the Acting Secretary of Labor's *Motion for Preliminary Injunction* under the Act.

3. Alaska Goldmine LLC ("Alaska Goldmine") is owned by Sheldon and Janne Maier and is engaged in the operation of a portable mining operation that extracts gold from the earth in an above ground mine. Of issue in this matter are Defendants' mining activities at or around Pedro Creek.

4. Pedro Creek is located at approximately mile marker 16 of the Steese Highway. Defendants' mining activities handle gold ore and use portable fuel operated mining equipment along and near Pedro Creek. The current mining activity is located about one mile up the road from the mining activity that Judge Kindred's November 2023 injunction addressed but is considered part of the same mine addressed under that injunction (i.e., Federal Mine Identification Number 50-02099).

5. On September 13, 2022, I conducted an unannounced inspection of a Pedro Creek mine site with another inspector, Inspector Thomas Berberich following an anonymous complaint of unauthorized mining activity. I gained access via helicopter to the Pedro Creek mine site and began the inspection. I identified several plain view hazards that were present including, three damaged windows on a dozer obstructing the driver's view; no berms on the mine's roadways; an unguarded drive chain and drive sprocket, an unguarded drive belt, pulley, and fan blades; an unguarded tail pulley; a highwall containing loose and unconsolidated material; unguarded belt rollers; a lack of flotation devices next to water hazards; a 120 volt control box missing knockouts; no traffic signage; and no first aid supplies.

6. On September 13, 2022, while I was inspecting the mine, Defendant Maier arrived during the inspection and refused to allow the inspection to proceed. Defendant Maier also stated verbally that he refused to comply with the Mine Act and any MSHA orders.

7. Between September 2022 and June 2023, my office attempted to contact Mr. Maier multiple times through mail and by phone and attempted to deliver the citations by hand to the mine site by taping them to the locked gate. Mr. Maier did not respond to his citations from MSHA.

8. In June 2023, I again observed vehicles and mining equipment moving on the mine site. Mr. Maier asserted several times that MSHA has no authority to inspect his mine and Mr. Maier refused to address the citations and safety violations issued by MSHA.

9. My office's previous attempts to inspect the mine and our repeated attempts to contact the Defendants is also attested to in my previous declaration. Declaration of Jarrod Towne, *Su v. Alaska Goldmine LLC,* No. 4:23-CV-00019-JMK, 2023 WL 7184150, Dkt. 3 (D. Alaska Nov. 1, 2023).

10. Following my Declaration and the Complaint filed by the Office of the Solicitor, I became aware that Alaska Goldmine and Sheldon Maier were enjoined from mining at the Pedro Creek site, and an injunction was in place that legally prohibited Mr. Maier from operating a mine at that location until inspected by MSHA.

11. I was later informed that this injunction was dismissed based on a stipulation from Alaska Goldmine that they would not be mining at Pedro Creek.

12. On September 2, 2025, while in a helicopter, flying over the Pedro Creek mine site, I witnessed several heavy machines including an excavator and pickup trucks. While flying over the site, I took photos and videos of the mining activity taking place. Exhibit 1.

13. On September 18, 2025, MSHA Inspector Robert Jones took additional photos of the site from the ground and left both his business card and my business card

Case 4:26-cv-00025-ACP    Document 5-1    Filed 04/28/26    Page 3 of 15

at the front gate of the property. Exhibit 2. I was not present and never entered the property that day. Mr. Maier was not onsite during Inspector Jones' visit to the site.

14.     On September 22, 2025, I was contacted by Alaska State Trooper Riley Moss and questioned about trespassing onto the Pedro Creek mine site. During that phone call Moss informed me that I had been accused of criminal trespass by Mr. Maier. I informed Moss that the Mine Act provides a right of entry into an active mining site. In response, Trooper Moss reiterated that if I went back to the mine site without a court order I would be subject to arrest for criminal trespass.

15.     There has been no further response from Mr. Maier about his previous open citations at Pedro Creek or any update to his previous statement in 2025 that he was not permitting MSHA to inspect his mine.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this document was executed on this day, April 16, 2026, in Anchorage, Alaska.


By:     _____*Jarrod Towne*_____
JARROD L. TOWNE
Supervisory Mine Inspector
United States Department of Labor
Mine Safety and Health Administration

# EXHIBIT 1



Exhibit 1, Page 1





Exhibit 1, Page 3





Exhibit 1, Page 5

# EXHIBIT 2

U.S. Department of Labor
Mine Safety and Health Administration

**MSHA**

Mine ID Number: 5002099

Event Number: F018840

Date/Time: 9/18/2025 9:02 AM

Inspector: Robert Jones

Citation/Order Number(s):

Photo Number:

F018840 WIN_20250918_09_02_35_Pro

Location/Photo Description:

Caterpillar 322 #503 in cut with blue trommel. Excavator and trommel had been recently in use.

## ORIGINAL



U.S. Department of Labor
Mine Safety and Health Administration

**MSHA**
U.S. Department of Labor
Mine Safety & Health Administration

Mine ID Number:  5002099

Event Number:  F018840

Date/Time:  9/18/2025 9:03 AM

Inspector:  Robert Jones

Citation/Order Number(s):

Photo Number:

F018840 WIN_20250918_09_03_54_Pro

Location/Photo Description:

John Deere Excavator 6000 #33007. Had been recently in use.

## ORIGINAL



MSHA Form 4000-125, June 2009

U.S. Department of Labor
Mine Safety and Health Administration

**MSHA**

Mine ID Number: 5002099

Event Number: F018840

Date/Time: 9/18/2025 9:03 AM

Inspector: Robert Jones

Citation/Order Number(s):

Photo Number:

F018840 WIN_20250918_09_03_38_Pro

Location/Photo Description:

Pump and retention pond.

## ORIGINAL



MSHA Form 4000-125, June 2009

U.S. Department of Labor
Mine Safety and Health Administration

**MSHA**

Mine ID Number: 5002099

Event Number: F018840

Date/Time: 9/18/2025 9:04 AM

Inspector: Robert Jones

Citation/Order Number(s):

Photo Number:

F018840 WIN_20250918_09_04_14_Pro

Location/Photo Description:

Trommel, had been recently in use.

## ORIGINAL

