MARC A. PILOTIN
Regional Solicitor
JOSHUA P. FALK
Counsel for Safety and Health
DAVID H. CLARK
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
909 First Avenue, Suite 230
Seattle, WA 98104-2397
Telephone: 206-757-6749
Clark.David.H@dol.gov
*Attorneys for Plaintiff Keith E. Sonderling,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KEITH E. SONDERLING,
  Acting Secretary of Labor,
    United States Department of Labor,

                    Plaintiff,

        v.

ALASKA GOLDMINE LLC; SHELDON
MAIER; and JANNE MAIER,

                    Defendants.

Case No. 4:26-cv-00025-ACP

## <u>DECLARATION OF DAVID CLARK IN SUPPORT OF INJUNCTION</u>

I, David H. Clark, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am employed by the United States Department of Labor as a Senior Trial Attorney for the Acting Secretary of Labor ("the Acting Secretary"). Among other agencies I represent the Mine Safety and Health Administration ("MSHA"), an agency of the United States government with its business address at 991 Nut Tree Road Vacaville, CA 95687. As an attorney for the Acting Secretary I am responsible for

litigating cases in District and Administrative Courts within the Western Region including Alaska.

2. I am familiar with the facts and circumstances of the above-captioned case. I submit this Declaration in support of the Acting Secretary of Labor's *Motion for Preliminary Injunction* under the Act.

3. Alaska Gold Mine LLC ("Alaska Goldmine") is owned by Sheldon and Janne Maier and is engaged in the operation of a portable mining operation that extracts gold from the earth in an above ground mine within the jurisdiction of this Court. Of issue in this matter are Defendants' mining activities at or around Pedro Creek.

4. Pedro Creek is located at approximately mile marker 16 of the Steese Highway. Defendants' mining activities handle gold ore and use portable fuel operated mining equipment along and near Pedro Creek. The current mining activity is located about one mile up the road from the mining activity that Judge Kindred's November 2023 injunction addressed but is considered part of the same mine addressed under that injunction (i.e., Federal Mine Identification Number 50-02099).

5. On November 1, 2023, I received the order granting the preliminary injunction, signed by the Honorable Joshua M. Kindred.

6. On March 18, 2024, I requested a meeting with Defendants Sheldon and Janne Maier to discuss the preliminary injunction and to ascertain their position on an inspection of their mine. I also sent this request via letter in the mail.

7. On March 22, 2024, I followed up on my previous email requesting a time to meet and discuss the injunction.

8. On March 26, 2024, I received a response from Defendants stating "This is in response to your request to schedule a meeting to resolve the preliminary injunction for our mining operation. We are not renewing our mining license and will not be mining." *Status Email from Alaska Goldmin*e, Exhibit 1.

9. On August 21, 2024, the Court issued an order for status update from the parties by September 3, 2024.

---

DECLARATION OF DAVID CLARK IN SUPPORT OF INJUNCTION
Case No.4:26-cv-00025-ACP

10. On September 3, 2024, the Acting Secretary filed a status update stating that the Secretary has attempted to meet with the Defendant, but the Acting Secretary has received no response. The deadline for a response was extended to November 3, 2024.

11. On September 5, 2024, the Defendants responded to the Acting Secretary's request to meet and discuss the injunction. In their response the Defendants stated "We are in agreement with a joint stipulation to dismiss since we are no longer mining. Please forward the appropriate paperwork and we will sign it." *Stipulation Email from Alaska Goldmine*, Exhibit 2.

12. Based on this representation made in March and made again in September of 2024, I drafted and signed a stipulation to dismiss the injunction.

13. On October 21, 2024, I submitted the joint stipulation to dismiss without prejudice the preliminary injunction. This document was signed by myself and by the Defendants. *Stipulation of Dismissal without Prejudice*, *Su v. Alaska Goldmine LLC*, No. 4:23-CV-00019-JMK, 2023 WL 7184150, Dkt. 23 (D. Alaska Nov. 1, 2023)

14. On October 28, 2024, I received the order from the Court dismissing the preliminary injunction, without prejudice. *Order Approving Stipulation of Dismissal, Su v. Alaska Goldmine LLC*, No. 4:23-CV-00019-JMK, 2023 WL 7184150, Dkt. 24 (D. Alaska Nov. 1, 2023).

15. In the fall of 2025, I was made aware that Alaska Goldmine was once again conducting mining operations at Pedro Creek and was again operating without MSHA inspection.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this document was executed on this day, April 28, 2026, in New York, New York.

By: _/s/ David Clark_____

---

DECLARATION OF DAVID CLARK IN SUPPORT OF INJUNCTION
Case No.4:26-cv-00025-ACP

Case 4:26-cv-00025-ACP     Document 5-2     Filed 04/28/26     Page 3 of 10

DAVID H. CLARK
Senior Trial Attorney
Office of the Solicitor
United States Department of Labor

DECLARATION OF DAVID CLARK IN SUPPORT OF INJUNCTION
Case No.4:26-cv-00025-ACP

Case 4:26-cv-00025-ACP    Document 5-2    Filed 04/28/26    Page 4 of 10

# EXHIBIT 1

| | |
|---|---|
| **From:** | Alaska Goldmine |
| **To:** | Clark, David H. - SOL |
| **Subject:** | Re: Alaska Goldmine Injunction and Inspection |
| **Date:** | Tuesday, March 26, 2024 10:42:00 AM |

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

David Clark

This is in response to your request to schedule a meeting to resolve the preliminary injunction for our mining operation.
We are not renewing our mining license and will not be mining.

Cordially,

Janne Maier

Sent from my iPhone


On Mar 22, 2024, at 12:10 PM, Clark, David H. - SOL wrote:


Good Afternoon Mr. Maier,
I did not get a response from my letter or previous email. If I missed your message or call please let me know here and I will work with you to schedule a meeting time. I hope to discuss the resolution of the preliminary injunction before the mining season and without the need for further court involvement.
Best Regards,
David H. Clark
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
909 First Avenue, Suite 230
Seattle, WA 98104
Tel: (206) 757-6749
Fax: (206) 757-6761
Pronouns: he/him/his
*Please note new address as of October 1, 2023
THIS IS A PROTECTED COMMUNICATION: This email contains attorney work product and may include privileged material protected by the attorney client privilege, the deliberative process privilege, and other applicable privileges. This

email may not be disclosed to third parties without the express consent of the Solicitor's Office. If you think you received this e-mail in error, please notify the sender immediately.

**From:** Clark, David H. - SOL
**Sent:** Monday, March 18, 2024 9:00 AM
**To:** Alaska Goldmine
**Subject:** Alaska Goldmine Injunction and Inspection

Good Morning Mr. Maier,

I am writing to set up a time to talk this week about the Alaska Goldmine Injunction and getting some agreement on an inspection of the Pedro Creek Mine. Please see the attached letter for more details and I look forward to speaking with you.

Best Regards,

David H. Clark

Trial Attorney

U.S. Department of Labor

Office of the Solicitor

909 First Avenue, Suite 230

Seattle, WA 98104

Tel: (206) 757-6749

Fax: (206) 757-6761

Pronouns: he/him/his

*Please note new address as of October 1, 2023

THIS IS A PROTECTED COMMUNICATION: This email contains attorney work product and may include privileged material protected by the attorney client privilege, the deliberative process privilege, and other applicable privileges. This email may not be disclosed to third parties without the express consent of the Solicitor's Office. If you think you received this e-mail in error, please notify the sender immediately.

# EXHIBIT 2

 **Outlook**

## Re: Joint Stipulation to Dismiss Su v. Alaska Goldmine

**From** Alaska Goldmine <alaskagoldmine1@gmail.com>

**Date** Thu 9/5/2024 8:17 AM

**To** Clark, David H. - SOL <Clark.David.H@dol.gov>

CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.

Good morning Mr. Clark

We are in agreement with a joint stipulation to dismiss since we are no longer mining.

Please forward the appropriate paperwork and we will sign it.

Thank you
Sheldon and Janne Maier

> On Sep 3, 2024, at 10:37 PM, Alaska Goldmine <alaskagoldmine1@gmail.com> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Clark, David H. - SOL" <Clark.David.H@dol.gov>
>> **Date:** September 3, 2024 at 4:28:45 PM AKDT
>> **To:** Alaska Goldmine <alaskagoldmine1@gmail.com>
>> **Subject: Joint Stipulation to Dismiss Su v. Alaska Goldmine**
>>
>> Good Evening Mr. and Mrs. Maier,
>>
>> I am writing to see if we are in agreement on dismissing the Department of Labor case against Alaska Goldmine. Based on your representation that you are not renewing your mining license and no longer mining, the Secretary is willing to file a joint stipulated dismissal. If you are in agreement with this dismissal, please let me know and I will send you the document for signature.

Please note that the case has been reassigned to a magistrate Judge, the honorable Matthew McCrary Scoble and the docket can be found under case no. 4:23-cv-00019-MMS.

David H. Clark
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor
909 First Avenue, Suite 230
Seattle, WA 98104
Tel: (206) 757-6749
Fax: (206) 757-6761

Pronouns: he/him/his

*Please note new address as of October 1, 2023

THIS IS A PROTECTED COMMUNICATION:  This email contains attorney work product and may include privileged material protected by the attorney client privilege, the deliberative process privilege, and other applicable privileges. This email may not be disclosed to third parties without the express consent of the Solicitor's Office. If you think you received this e-mail in error, please notify the sender immediately.